UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> vs. <br><br> Ismael Santiago-Gonzalez <br> Defendant(s) | CRIMINAL NO. 07cr3033-JM <br> 07mj2480 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. 05292298 |

On order of the United States District/Magistrate Judge, **William McCurine, Jr.**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / **Case Disposed** / Order of Court).

Jorge Mena-Vargas

DATED: 11-8-07

_____
**William McCurine, Jr.**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
    DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk
by _____
    Deputy Clerk