UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>vs.<br><br>Ismael Santiago-Gonzalez<br>Defendant(s) | CRIMINAL NO. 07cr3033-JM<br>07mj2480<br><br>ORDER<br>RELEASING MATERIAL WITNESS<br><br>Booking No. 05292298 |

On order of the United States District/Magistrate Judge, **William McCurine, Jr.**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / **Case Disposed** / Order of Court).

Jose Pimental-Esquivel

DATED: 11-8-07

**William McCurine, Jr.**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR. / Clerk
by _____
Deputy Clerk