UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Ismael Santiago- ) <br> Gonzalez ) <br> Defendant(s) ) <br> ) | 07cr3033-JM <br> CRIMINAL NO. 07mj2480 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. 05292298 |

On order of the United States District/Magistrate Judge, **William McCurine, Jr.**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / **Case Disposed** / Order of Court).

Jose Jesus Flores-Zamora

DATED: 11-8-07

**William McCurine, Jr.**
_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR. / Clerk
by _____
Deputy Clerk